# EXHIBIT O



August 23, 2017

Brandon James
████████████████

Re: Offer of Employment

Dear Brandon,

Allied Power Services, LLC (the "Company") is pleased to extend to you an offer of employment to join the Company in the exempt position of Safety Coordinator beginning on or about August 26, 2017.

The specific elements of this offer include:

- Base Salary of $41.64 per hour, subject to all applicable withholdings, which is equivalent to $86,611.20 per year on an annualized basis.

- Eligibility beginning on the date of hire, to participate in the group health insurance, retirement, and other benefit plans provided to employees of the Company, subject to the terms and conditions of each plan.

- Eligibility to accrue vacation in accordance with Company policy.

- Offer may be contingent upon successful completion of background checks which may include a verification of any combination of the following based on your position: social security, prior employment, personal and professional references, education, criminal history, motor vehicle records, and credit history.

The Immigration Reform and Control Act of 1986 requires all individuals to verify their identity and eligibility to work in the United States, therefore this offer is also contingent upon you providing the required verification and completing an employment application. You will be required to show acceptable unexpired identification on your first day of work.

We look forward to having you join the Company and becoming a member of our team. However, we recognize that you retain the option, as does the Company, of ending your employment with the Company at any time, with or without notice and with or without cause. As such, your employment with the Company will be "at will" and the Company reserves its right to eliminate or modify the terms of the offer set forth in this letter in its discretion. Neither this letter nor any other oral or written representations may be considered a contract for any specific period of time.

By signing below, you are confirming to us that you are not subject to any restrictive covenants arising out of your current or prior employment which would restrict your right to become employed by the Company and perform your job duties. You also are confirming that you have provided the Company with a copy of any non-competition, non-solicitation or other restrictive covenant between you and your current employer that you are aware of and of which you have a copy. You are also agreeing that you do not possess, will not bring to Allied and will not use or disclose to us any confidential, proprietary information and/or



400 Convention Street, Suite 320, Baton Rouge, LA 70802 | 225.412.6446          alliedpwr.com

ALLIED000049



trade secrets belonging to any current or prior employer, whether in electronic or hard copy format, in the performance of your duties for the Company. You also agree that you will not engage in any activities on behalf of the Company until your employment relationship with any current employer is terminated.

If you are agreeable to these terms and conditions, please date, sign and return the original of this letter to by scanning and emailing to newhire@alliedpwr.com or via fax to 225-424-6827.

I look forward to your favorable response to this offer of employment and would be happy to answer any questions you may have.

Regards,

Allied Power

Acknowledged and Agreed to this __23rd__ day of __August__, 2017.

Signature: _____  Offer Expiration Date: August 28, 2017

Attachments: Duplicate Offer Letter