UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY BLACKBURN, JR., SAM ALLEN, TONY MANLEY, and ROBERT MCCONNAUGHAY, individually and on behalf of other similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED POWER SERVICES, LLC and ALLIED POWER RESOURCES, LLC<br><br>Defendants. | Civ. Action No. 1:18-cv-00347<br><br>Hon. Judge Jorge L. Alonso<br><br>Magistrate Judge Jeffrey Cole<br><br>Collective Action Pursuant to 29 U.S.C. § 216(b) |

**PLAINTIFF'S MOTION TO STRIKE ECF. 100**

With this motion, Plaintiffs asks the Court to strike Plaintiffs' Notice of Filing Notices of Consent. *See* ECF 100. Plaintiff inadvertently filed these consents in this matter.

For these reasons, Plaintiffs respectfully requests that the Court strike ECF 100.

Dated: November 19, 2018                            Respectfully Submitted,

                                                    By:     /*s/Lindsay R. Itkin*
                                                            One of Plaintiff's Attorneys

Michael A. Josephson
Lindsay R. Itkin
JOSEPHSON DUNLAP, LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
(713) 352-1100

Richard (Rex) J. Burch
BRUCKNER BURCH, P.L.L.C.
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788

Douglas M. Werman

Maureen A. Salas
WERMAN SALAS P.C.
77 West Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

*Attorneys for Plaintiff and Others Similarly Situated*

## CERTIFICATE OF SERVICE

I served this document by ECF electronic filing on all known parties in accordance with the Federal Rules of Civil Procedure.

*/s/ Lindsay R. Itkin*
Lindsay R. Itkin

## CERTIFICATE OF CONFERENCE

On November 19, 2018, I conferred with counsel for Defendants, regarding the relief sought herein via email. Defendants' are unopposed to the relief sought herein.

*/s/ Lindsay R. Itkin*
Lindsay R. Itkin