**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JEFFREY BLACKBURN, JR., | ) | |
| Plaintiff, | ) | Case No. 18-cv-347 |
| | ) | |
| v. | ) | Hon. Jorge L. Alonso |
| | ) | |
| ALLIED POWER SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

For the reasons stated in its July 17, 2019 Order [125] and in open court on August 15, 2019 [Docket 133 at 2-5] and July 16, 2019 [Docket 124 at 9-10], the Court hereby denies the parties' motion [120] for approval of settlement. The parties may file a motion for approval of a revised settlement, or the parties may litigate this case on the merits. Hearing set for September 11, 2019 at 9:30 a.m. is stricken. Status hearing set for October 23, 2019 at 9:30 a.m.

Date: 9/6/2019

_____

Jorge L. Alonso
United States District Judge