**IN UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JEFFREY BLACKBURN, JR., SAM ALLEN, TONY MANLEY, ROBERT MCCONNAUGHAY, and TIMOTHY GRAY, Individually and for Others Similarly Situated,<br><br>v.<br><br>ALLIED POWER SERVICES, LLC and ALLIED POWER RESOURCES, LLC | Case No. 1:18-cv-00347<br><br>Hon. Judge Jorge L. Alonso<br><br>Magistrate Judge Jeffrey Cole |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF**
**CLASS & COLLECTIVE ACTION SETTLEMENT**

Class Representatives Jeffrey Blackburn, Jr., Sam Allen, Tony Manley, Robert McConnaughay, and Timothy Gray, through counsel, move this Court to grant final approval of the class and collective action settlement agreement reached in this matter. In support of this Motion, the Class Representatives submit a Memorandum of Law in Support of their Motion for Final Approval. They also previously submitted a Memorandum of Law in Support of their Request for an Award of Attorneys' Fees and Litigation Expenses (Doc. 162). The Class Representatives request that the Court enter the Proposed Final Approval Order, attached as <u>Exhibit 1</u>, to the Memorandum of Law.

The Court preliminarily approved this class and collective action settlement on January 21, 2020. Doc. 156. Pursuant the Court's Preliminary Approval Order, the Settlement Administrator issued the Court-approved Notice of Settlement of Class and Collective Action Lawsuit (as revised and filed at Doc. 154-2) to the Settlement Class. The deadline to request exclusion from the Settlement and to submit objections to the Settlement was March 31, 2020. Despite this, Allied now seeks to amend the Parties' Settlement Agreement as it relates to the Maximum Gross Settlement Amount and

funding timeline. Plaintiffs oppose any such changes.

Dated:  June 2, 2020

s/ Lindsay R. Itkin
One of the Attorneys for Plaintiffs
and Class and Collective Action Members


Douglas M. Werman
**WERMAN SALAS P.C.**
77 W. Washington, Suite 1402
Chicago, IL 60602

Michael A. Josephson
Lindsay R. Itkin
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, TX 77046

Richard J. Burch
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, TX 77046

*Attorneys for Plaintiffs and
Class and Collective Action Members*

## CERTIFICATE OF SERVICE

I served this document by ECF electronic filing on all known parties in accordance with the Federal Rules of Civil Procedure.

/s/ Lindsay R. Itkin
Lindsay R. Itkin

## **CERTIFICATE OF CONFERENCE**

       I hereby certify that the Parties' conferred about the relief sought herein. Defendants advised that they wished to change certain terms in the Parties' preliminarily approved Settlement Agreement, including terms relating to the Maximum Gross Settlement Amount and funding/distribution schedules. Because Plaintiffs oppose any such changes to the Parties' Agreement, this Motion is being filed as opposed.

                                                */s/ Lindsay R. Itkin*
                                                Lindsay R. Itkin