IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY BLACKBURN, JR., SAM ALLEN, TONY MANLEY, AND ROBERT MCCONNAUGHAY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED POWER SERVICES, LLC AND ALLIED POWER RESOURCES, LLC,<br><br>Defendants. | Case No. 1:18-CV-00347<br><br>Honorable Judge Jorge L. Alonso<br><br>Magistrate Judge Jeffrey Cole |

## DEFENDANTS' MOTION TO POSTPONE AND CONTINUE HEARING FOR FINAL APPROVAL OF SETTLEMENT

Defendants Allied Power Services, LLC and Allied Power Resources, LLC (collectively, "Defendants") respectfully move and request that this Court postpone and continue the hearing for final approval of settlement. In support of Defendants' Motion, Defendants state as follows:

1. On January 21, 2020, this Court granted preliminary approval of class settlement and approving the collective action settlement (Dkt. No. 156). Following this order, the Court directed that notice be sent to all putative class members, which was been completed and the opt-in/opt-out periods have now expired for all class members on or about March 31, 2020.

1

2. On January 21, 2020, this Court scheduled a Final Approval Hearing for June 16, 2020 (Dkt. No. 156), and scheduled a final motion for approval to be filed on or before June 2, 2020 (*Id.*).

3. On May 14, 2020, counsel for Defendants contacted counsel for Plaintiffs and informed counsel for Plaintiffs that due to business circumstances of Defendants that were exemplified by the novel coronavirus pandemic, Defendants has substantial concerns regarding their ability to meet the terms of the preliminary settlement agreement as drafted.

4. On May 18, 2020, the parties filed a Joint Status Report as required by Northern District of Illinois Third Amended General Order 20-0012 (Dkt. No. 159). That Joint Status Report (Dkt. No. 160) indicated that Defendants believed that there was a need to request modification of the settlement agreement.

5. As set forth in Joint Status Report (Dkt. No. 160), Defendants stated that they believe that it may be necessary to move the deadlines relating to the Final Approval Hearing and proposed moving the dates 42 days. Plaintiffs have not consented or agreed to any proposals for changing any dates regarding Final Approval.

6. In the two weeks following the filing of the Joint Status Report, Defendants have provided Plaintiffs' counsel with proposals and information regarding possible modifications to the settlement proposal, and are currently in the process of providing financial documentation supporting the requested modifications.

7. Plaintiffs' counsel have not agreed to any modifications, and on June 2, 2020, filed a Motion for Final Approval of Class and Collection Action Settlement with this Court (Dkt. No. 163). As noted in Plaintiffs' filing, Defendants have sought to amend the Settlement Agreement due to the business circumstances mentioned in paragraph 3, *supra*. As further noted by Plaintiffs, they oppose any such changes.

8. Plaintiffs have currently noticed the motion for approval for June 16, 2020.

9. Because Defendants have raised with Plaintiff concerns regarding the terms of the Settlement Agreement due to unforeseeable business reasons, Defendants believe that postponing and continuing the Final Approval Hearing until counsel for the parties can have fuller discussions regarding the propriety of modifications would be prudent for all parties, including the individual Class Members. Such a postponement to allow for continued discussions will not prejudice Plaintiffs under the current disbursement schedule.

10. As such, Defendants request that the Court postpone and continue the Final Approval Hearing for a period of at least 21 days to enable further discussions between the parties, or, as an alternative, to schedule a telephonic status hearing to discuss the issues raised by Defendants to Plaintiffs' counsel.

Respectfully submitted,

**ALLIED POWER SERVICES, LLC
AND ALLIED POWER RESOURCES,
LLC,**

*/s/ Darren Mungerson*
One of the Attorneys for Defendants

Jody A. Boquist
Darren M. Mungerson
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
jboquist@littler.com
dmungerson@littler.com

Dated: June 2, 2020

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on June 2, 2020, he caused a copy of the foregoing ***Defendants' Motion to Postpone and Continue Hearing for Final Approval of Settlement*** to be served electronically with the Clerk of the Court using the CM/ECF (*electronic case filing*) system, which sent notification of such filing to the following individual of record:

>Michael A. Josephson
>Lindsay R. Itkin
>JOSEPHSON DUNLAP, LLP
>11 Greenway Plaza, Suite 3050
>Houston, Texas 77046
>mjosephson@mybackwages.com
>litkin@mybackwages.com
>
>Richard (Rex) J. Burch
>BRUCKNER BURCH PLLC
>8 Greenway Plaza, Suite 1500
>Houston, Texas 77046
>rburch@brucknerburch.com
>
>Douglas M. Werman
>Maureen A. Salas
>WERMAN SALAS P.C.
>77 West Washington, Suite 1402
>Chicago, Illinois 60602
>dwerman@flsalaw.com
>msalas@flsalaw.com

*/s/ Darren M. Mungerson*
Darren M. Mungerson

5